IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| BARBARA LUPO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 4:05-cv-00172-HTW-JCS |
| ) | |
| NOVARTIS CONSUMER HEALTH, INC., ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Stipulation of Dismissal With Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT the plaintiff's claims are dismissed with prejudice as to all defendants, with each party to bear its own costs.

Dated this 11th day of January, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE